Timothy SMITH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42736.

Missouri Court of Appeals,
Western District.

Jan. 15, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 1991.

Application to Transfer Denied
April 9, 1991.

Anita L. Burns, Mona K. Spencer, Asst. Public Defenders, Liberty, for appellant.

William L. Webster, Atty. Gen., Andrea K. Spillars, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief after evidentiary hearing.

Judgment affirmed. Rule 84.16(b).